# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES AMERICA, | 2:12-cr-0478-JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Substitution of Attorney (#15)] |
| JOSHUA MICHAEL RILEY, | |
| Defendant. | |

The Court has reviewed Defendant's Substitution of Attorney. (#15).

IT IS HEREBY ORDERED that the Substitution of Attorney (#15) is GRANTED. David Chesnoff, Esq. (Nevada State Bar No. 2292), Richard Schonfeld, Esq. (Nevada State Bar No. 6815), and Saraliene Durrett, Esq. (Nevada State Bar No. 11461) may substitute in place and stead of Daniel Young, Esq. for Defendant Joshua Michael Riley.

DATED this 3rd day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE